# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HARRY JACOBS,

    Plaintiff,

v.                                                      Case No. 6:21-cv-890-RBD-LHP

CHARTER COMMUNICATIONS,
INC.; and SPECTRUM SUNSHINE
STATE, LLC,

    Defendants.
_____

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Entitlement to Attorneys' Fees and Costs. (Doc. 48 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price recommends the Court grant the Motion in part.[1] (Doc. 53 ("R&R").) The deadline has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 53) is **ADOPTED**, **CONFIRMED**, and made a part of

---

[1] Judge Hoffman Price recommends denying as moot the portion of the Motion requesting taxable costs in the amount of $3,928.00 (Doc. 53, p. 4), as the Clerk has already taxed this amount (*see* Doc. 51).

this Order in its entirety.

2. The Motion (Doc. 48) is **GRANTED IN PART AND DENIED AS MOOT IN PART**:

   a. The Motion (Doc. 48) is **GRANTED** in that Plaintiff is **ENTITLED** to an award of reasonable attorneys' fees and non-taxable expenses.

   b. The parties are **DIRECTED** to comply with the procedures set forth in Local Rule 7.1(c)–(d) for a determination of the amount of fees and non-taxable expenses to be awarded to Plaintiff.

   c. In all other respects, the Motion (Doc. 48) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 18, 2023.



ROY B. DALTON JR.
United States District Judge